13630/consent

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: | : |
| Michael G. Schleigh, | : Case No.: 18-23176-NVA |
| | (Chapter 13) |
| | : |
| Debtor. | |

...ooo0ooo...

**DEBTOR'S CONSENT
TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

    The Debtor, Michael G. Schleigh, by his undersigned counsel, hereby consents to the dismissal of this case as requested in the Trustee's Motion to Dismiss Chapter 13 Case filed November 28, 2018.

Dated: December 3, 2018

          /S/
James R. Wooton
Federal Bar No. 02237
JAMES R. WOOTON, P.A.
606 Baltimore Avenue, Suite 202
Towson, Maryland 21204
(410) 321-7900
Attorney for the Debtor


**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of December, 2018 a copy of the foregoing Motion to Dismiss Chapter 13 Case was served electronically by ECF/CM or was mailed, first class mail, postage prepaid to:

Nancy Spencer Grigsby, Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, Maryland 21401


          /S/
James R. Wooton